IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1836-AP**

**TAMMY L. PRICE,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #19), filed April 21, 2010, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant shall pay to Plaintiff, through and payable to counsel, reasonable attorney fees in the amount of **$5,000.00**.

Dated at Denver, Colorado, this 21st day of April, 2010.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT